United States District Court
Southern District of Texas
**ENTERED**
June 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HOWARD DUNCAN, *et al.*, | § | |
|    Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-00022 |
| | § | |
| GEOVERA SPECIALTY INSURANCE | § | |
| COMPANY, | § | |
|    Defendant. | § | |

## ORDER OF DISMISSAL

On June 27, 2023, the parties filed a Joint Stipulation of Dismissal with prejudice (Dkt. 39) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

SIGNED at Houston, Texas on June 27, 2023.

                                                             */s/ George C. Hanks Jr.*
                                                          GEORGE C. HANKS, JR.
                                                       UNITED STATES DISTRICT JUDGE